Patricia F. CHILDRESS,
Plaintiff-Appellee,

v.

CONTINENTAL CASUALTY
COMPANY,
Defendant-Appellant,

Combined Insurance Company of
America et al., Defendants.

No. 78-1578
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Jan. 9, 1979.

Francis G. Weller, New Orleans, La., for defendant-appellant.

Dan C. Garner & Associates, New Orleans, La., for plaintiff-appellee.

Before CLARK, RONEY and GEE, Circuit Judges.

PER CURIAM:

The judgment appealed from is affirmed on the basis of the opinion of the district court, 461 F.Supp. 704.

NICHOLS CHAROLAIS RANCH, INC.,
Perry Nichols, Inez Nichols and Perry
Nichols, Jr., Plaintiffs-Appellees,

v.

Gerald C. BARTON,
Defendant-Appellant.

Gerald C. BARTON, Plaintiff-Appellant,

v.

NICHOLS CHAROLAIS RANCH, INC.,
Perry Nichols, Inez Nichols and Perry
Nichols, Jr., Defendants-Appellees.

No. 76-1788.

United States Court of Appeals,
Fifth Circuit.

Jan. 10, 1979.

Robert W. Smith, Orlando, Fla., for defendant-appellant.

Fletcher Brown, Arcadia, Fla., Perry Nichols, Arcadia, Fla., for plaintiffs-appellees.

Before JONES, RONEY and TJOFLAT, Circuit Judges.

PER CURIAM:

These cases, consolidated in the district court, arise from nearly identical fact situations and are controlled by the same principles of law. The facts and the governing legal rules are well stated in the opinion of the district court. *Nichols Charolais Ranch, Inc. v. Barton,* 460 F.Supp. 228. The decision of the district court is correct and its judgment is

AFFIRMED.

* Rule 18, 5 Cir.; *see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,* 5 Cir., 1970, 431 F.2d 409, Part I.